**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ALVIN D. AIKENS**                                                                    **PLAINTIFF**
**ADC #160951**

**VS.**                                **4:20CV00120-BRW-JJV**

**BRUCE GREEN,** *et al*.                                             **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Motion for Summary Judgment filed by Defendants Everett and Green (Doc. No. 15) is GRANTED.

Plaintiff's claims against Defendants Everett and Green are DISMISSED without prejudice for failure to exhaust administrative remedies.

Plaintiff's claims against the Doe Defendant are DISMISSED without prejudice because he or she was never served.

Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 23rd day of June, 2020.

                                                      Billy Roy Wilson_____
                                                      UNITED STATES DISTRICT JUDGE