# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALVIN D. AIKENS**                                                                                      **PLAINTIFF**
**ADC #160951**

**VS.**                                                  **4:20CV00120-BRW**

**BRUCE GREEN,** *et al***.**                                                                              **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 23rd day of June, 2020.

                                            Billy Roy Wilson_____
                                            UNITED STATES DISTRICT JUDGE